UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Cohen,**
      Plaintiff(s),

      V.

**ImperialCars.com Corp.,**
      Defendant(s),

CIVIL ACTION

NO. <u>18-40045-TSH</u>

<u>**SETTLEMENT ORDER OF DISMISSAL**</u>

<u>Hillman, D. J.</u>

    The Court having been advised on <u>  March 12, 2019  </u> that the above-entitled action has been settled;

    IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within forty-five (45) days if settlement is not consummated.

                        By the Court,

<u>  March 12, 2019  </u>           <u>/s/ Martin Castles  </u>
      Date                           Deputy Clerk